ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 JUN 17 AM 11: 34
CLERK ṼMcCarthy
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TYRA LIGHTFOOT O'BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 105-034 |
| ) | |
| ANTHONY J. PRINCIPI, Secretary of ) | |
| Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice.

SO ORDERED this 17th day of June, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

Tyra Lightfoot O'Bryant, at home

CASE NO:     CV105-34
DATE SERVED: 6-17-05
SERVED BY:   THB

☑ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate